JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACMET, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>STAGE STORES, INC., et al.,<br><br>        Defendants. | CASE NO. CV 16-3639 GHK (JCx)<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **30 days**, to reopen the action if settlement is not consummated.

Dated: 9/29/16

_____
GEORGE H. KING
United States District Judge